```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 03 B 48958
    JAMES E HUDSON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-1995

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/03/2003 and was confirmed 03/23/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 07/11/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
HINSDALE BANK & TRUST      SECURED             6141.00     1278.06       6141.00
ORIX FINANCIAL SERVICES    SECURED             5760.00      880.75       5760.00
INTERNAL REVENUE SERVICE   PRIORITY            2693.60         .00       2693.60
CAPITAL ONE BANK           UNSECURED            677.99         .00         67.80
CAPITAL ONE BANK           UNSECURED            277.21         .00         27.72
CAPITAL ONE                UNSECURED         NOT FILED         .00            .00
NICOR GAS                  UNSECURED            421.37         .00         42.14
DRIVE FINANCIAL SERVICES   SECURED NOT I     10921.29         .00            .00
FORD MOTOR CREDIT          UNSECURED           9614.35         .00        961.44
INTERNAL REVENUE SERVICE   UNSECURED             29.93         .00          2.99
ORIX FINANCIAL SERVICES    UNSECURED               .33         .00            .03
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        1,696.20                   1,696.20
TOM VAUGHN                 TRUSTEE                                       1,086.58
DEBTOR REFUND              REFUND                                             .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 20,638.31

PRIORITY                                       2,693.60
SECURED                                       11,901.00
    INTEREST                                   2,158.81
UNSECURED                                      1,102.12
ADMINISTRATIVE                                 1,696.20
TRUSTEE COMPENSATION                           1,086.58
DEBTOR REFUND                                       .00
                         --------------       --------------
TOTALS                   20,638.31             20,638.31


              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 03 B 48958 JAMES E HUDSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 10/25/07                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 03 B 48958 JAMES E HUDSON
```